Doc# 2010017329
Bk 15856 Pg 523
Received York SS
05/03/2010  3:21PM
Debra L. Anderson
Register of Deeds

## ASSIGNMENT OF MORTGAGE

**Mortgage Electronic Registration Systems, Inc.**, acting solely as a nominee for Sidus Financial, LLC, the present holder of a mortgage from **Thomas A. True**, dated 3/24/2009 and recorded in the York County Registry of Deeds in Book 15605, Page 157, assigns said mortgage to:

**GMAC Mortgage, LLC**
**1100 Virginia Drive**
**Fort Washington, PA 19034**

The property subject to said mortgage is commonly known as: **259 Valley Road, North Berwick, Maine.**

The effective date of this assignment shall be March 30, 2010.

Executed this 22ND day of April, 2010

Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Sidus Financial, LLC

By: _____
Its Vice President

**Jeffrey Stephan**
Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

Personally appeared the above-named Jeffrey Stephan, Vice President of Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Sidus Financial, LLC and acknowledged the foregoing instrument to be his free act and deed in said capacity and the free act and deed of said Mortgage Electronic Registration Systems, Inc., acting solely as a nominee for Sidus Financial, LLC.

DATED: April 22ND, 2010

_____
Notary Public
Susan Turner
Print Name

_____
My Commission Expires

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan Turner, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov 9, 2011
Member Pennsylvania Association of Notaries

\\filestore\prolawdocs\3429-2576\250527.doc

[handwritten margin note: 1899 Drummond + Drummond, one Monument Way, Portland, ME 04101]

EXHIBIT D