

BK 16777  PGS 496 - 496   02/18/2014 09:39:03 AM
INSTR # 2014005666          DEBRA ANDERSON
RECEIVED YORK SS            REGISTER OF DEEDS



When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Prepared By:
Sam Strandmo
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Assignment of Mortgage

Dated: **February 11, 2014**

Lender: Mortgage Electronic Registration Systems, Inc., as nominee for Sidus Financial, LLC
Loan#
Investor Account Number

For value received **GMAC Mortgage, LLC, In C/O Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409**, the undersigned hereby grants, assigns and transfers to **Ocwen Loan Servicing, LLC** all beneficial interest under a certain Mortgage dated **March 24, 2009** executed by **THOMAS A. TRUE, SINGLE MAN** and recorded in Book **15605** on Page(s) **0157** as Document Number **2009015257** on **April 10, 2009 in the office of the Register of Deeds of York County, Maine**.

GMAC Mortgage, LLC by Indecomm Global
Services its attorney in fact

By: _____

**Nhia Indiati Moua,**
**Assistant Secretary**

STATE OF **Minnesota**    )
COUNTY  **Ramsey**         ) SS

On **February 11, 2014** before me, **Pang Mee Yang**, **Notary Public** in and for said State personally appeared **Nhia Indiati Moua**, **Assistant Secretary** of **GMAC Mortgage, LLC by Indecomm Global Services its attorney in fact**, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Pang Mee Yang, Notary Public
My Commission expires: **January 31, 2017**



PANG MEE YANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

**EXHIBIT E**