BK17282    PGS 335 - 335    07/25/2016 04:02:35 PM
INSTR#: 2016029332    DEBRA ANDERSON
RECEIVED YORK SS    REGISTER OF DEEDS
E-RECORDED

Recording Requested By:

And When Recorded Mail To:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134

_____ above for Recorder's use _____

Customer#: 1/1  Service#: ███████████████████
Loan# ████████

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, OCWEN LOAN SERVICING, LLC, 1661 WORTHINGTON RD SUITE 100, WEST PALM BEACH, FL 33409-0000, hereby assign and transfer to U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000, all its right, title and interest in and to said Mortgage in the amount of $202,000.00, recorded in the State of MAINE, County of YORK Official Records, dated MARCH 24, 2009 and recorded on APRIL 10, 2009, as Instrument No. 2009015257, in Book No. 15605, at Page No. 0157.
Executed by: THOMAS A TRUE, SINGLE MAN (Original Mortgagor).
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., AS NOMINEE FOR SIDUS FINANCIAL, LLC ITS SUCCESSORS AND ASSIGNS.

Date: JULY 13, 2016
OCWEN LOAN SERVICING, LLC, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
Mindi Coleman, Authorized Signatory

State of    OKLAHOMA        }
County of  OKLAHOMA        } ss.

On JULY 13, 2016, before me, Nancy Ortiz, a Notary Public, personally appeared Mindi Coleman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): Nancy Ortiz
My commission expires: 09/29/2016

Nancy Ortiz
Notary Public
#04008855
EXP. 09/29/16
State of Oklahoma

Prepared By: Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134
SATEESH K VASAMSETTI, (405) 608-2535

EXHIBIT F