

## Quitclaim Assignment

WHEREAS, Sidus Financial, LLC, is identified as the "Lender" on a certain mortgage executed by Thomas A. True, and bearing the date of March 24, 2009, securing the property located at 259 Valley Road, North Berwick, in the County of York and State of Maine and recorded in the York County Registry of Deeds in Book 15605, Page 157 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Sidus Financial, LLC

Name: Danny Bowz
Title: General Counsel

STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

Subscribed before me, on June 1st, 2018, by Danny Bowz as General Counsel for Sidus Financial, LLC. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

LAURA LEVESQUE
Notary Public – California
San Bernardino County
Commission # 2207215
My Comm. Expires Jul 27, 2021

Notary Public -- Laura LeVesque
My Commission expires: July 27, 2021

EXHIBIT G